IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DARREN HOLLINS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:17cv00148 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| BETTY AKERS, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

    Darren Hollins, a Virginia inmate proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  The court conditionally filed the complaint and advised Hollins that he must notify the court in writing immediately upon his transfer or release and provide the court with a new address.  The court warned Hollins that failure to notify the court of a change of address would result in dismissal of his case.  On June 15, 2017, an order that was mailed to Hollins at his last known address was returned to the court as undeliverable and marked "Return to Sender- Not Here."  Hollins has not provided the court with an updated address and, therefore, the court has no means of contacting him.  Accordingly, I will dismiss Hollins's complaint without prejudice for failure to comply with the court's order.

    **ENTER**: This  24th  day of July, 2017.

                                                                  */s/ Norman K. Moon*
                                                                  NORMAN K. MOON
                                                                  UNITED STATES DISTRICT JUDGE