IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DARREN HOLLINS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:17cv00148 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BETTY AKERS, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion and order entered this day, it is hereby **ORDERED** that Hollins's complaint is **DISMISSED without prejudice** and this case is **STRICKEN** from the active docket of this court.

The Clerk shall send a copy of this order and the accompanying memorandum opinion to plaintiff at his last known address.

**ENTER**:  This 24th  day of July, 2017.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE